UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**WILLIE SMITH #396121**                                           **CIVIL ACTION**

**versus**                                                         **NO. 08-1539**

**JEFFERY TRAVIS**                                                 **SECTION: "J" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Willie Smith** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that petitioner's **Motion to Withdraw Claims Three and Five (Rec. Doc. 9)** is **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 25th day of August, 2008.

UNITED STATES DISTRICT JUDGE